# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
### NEW YORK, NEW YORK 10007

THOMAS P. GRIESA
DISTRICT JUDGE

August 30, 2004

RECEIVED SEP 7 10 50 AM '04 FINANCIAL DISCLOSURE OFFICE

Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:  Calender Year 2003 Filing

Dear Judge Lisi:

I am responding to your letter of August 3, 2004.  Obviously I meant to say that the report covered the period January 1, 2003 to December 31, 2003.

No amendment is necessary regarding AT&T Wireless.  The report for 2002 showed that it was sold on February 8, 2002.  Thus it did not appear as an asset in the 2003 report.  As to Mirant Corp., there should have been an entry in the 2003 report showing that this company went into bankruptcy in July 2003.  Although I may technically still own the Mirant shares, I have written them off as of July 2003.  According to the last quotation I had for my shares, the value was in the J category.  Obviously there was no gain.

Very truly yours,

Thomas P. Griesa

AO-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

*Government Act of 1978, as amended*
*(5 U.S.C. App. Sec. 101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griesa, Thomas P. | United States District Court | 05/14/2004 |

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

e

t

500 Pearl Street, Room 1630

New York, NY 10007

**5. Report Type (check type)**

___ Nomination, Date ___ / /

___ Initial    X  Annual    ___ Final

**6. Reporting Period**

01/01/2002
to
12/31/2003

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____  Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITION

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| Board of Directors | Greater New York Councils Boy Scouts of America |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | Julia M. Johnston Association ▇ | |
| 2 | 8th Church of Christ, Scientist ▇ | |
| 3 | | |
| 4 | | |

FINANCIAL DISCLOSURE OFFICE
MAY 20 12 20 PM '04
RECEIVED

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ NONE (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1 | Law and Economic Center, George Mason University School of Law | March 6-9, LaJolla, California - Seminar on Federalist Papers |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☒ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

☒ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/14/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Citibank, NY City | A | Interest | K | T | | | | | |
| 2  AT&T | A | Dividend | J | T | | | | | |
| 3  SBC Communications | B | Dividend | K | T | | | | | |
| 4  Lucent Tecnologies | | None | J | T | | | | | |
| 5  Avaya Inc. | | None | J | T | | | | | |
| 6  Great Plains Energy (formerly Kansas City Power & Light) | B | Dividend | K | T | | | | | |
| 7  Exelon | A | Dividend | K | T | | | | | |
| 8  Sempra Energy | A | Dividend | K | T | | | | | |
| 9  Sierra Pacific | | None | J | T | | | | | |
| 10 Southern Co. | C | Dividend | L | T | | | | | |
| 11 Ameren | B | Dividend | K | T | | | | | |
| 12 Adams Express | B | Dividend | K | T | | | | | |
| 13 Salomon Bros. Fund | B | Dividend | M | T | | | | | |
| 14 Tri-Con | B | Dividend | M | T | | | | | |
| 15 Consolidated Capital | A | Distribution | J | U | | | | | |
| 16 Carlyle XIII | | None | J | U | | | | | |
| 17 Carlyle XIV | | | | | | | | | Liquidated December 2002 |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting Griesa, Thomas P. | Date of Report 05/14/2004 |
| --- | --- | --- |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Phoenix Companies | A | Dividend | J | T | | | | | |
| 19 Agere | | None | J | T | | | | | |
| 20 Comcast | | None | J | T | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Griesa, Thomas P. | Date of Report<br>05/14/2004 |
|---|---|---|

# VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Griesa, Thomas P. | 05/14/2004 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signature _____    Date _May 14, 2004_

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544